THE STATE OF SOUTH CAROLINA

THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Sean D. Nelson,       
Appellant,
 
 
 

Appeal From Charleston County
Daniel F. Pieper, Circuit Court Judge

Unpublished Opinion No.  2003-UP-562
Submitted July 15, 2003  Filed September 
 29, 2003

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, of Columbia; for 
 Appellant.
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Charles H. Richardson, of Columbia; Solicitor Ralph E. Hoisington, of 
 Charleston; for Respondent.
 
 
 

PER CURIAM:  Sean D. Nelson appeals his 
 conviction for armed robbery and possession of a firearm during the commission 
 of a violent crime.  Nelson argues the trial court erred in refusing to include 
 a specific jury charge regarding the relationship between eyewitness confidence 
 and accuracy of identification.  In a separate pro se brief, Nelson 
 argues that the trial court erred in denying a motion to suppress in-court and 
 out-of-court identifications, which Nelson claims were unduly suggestive and 
 conducive of irreparable mistake.  Nelsons counsel attached to the brief a 
 petition to be relieved as counsel, stating that she had reviewed the record 
 and concluded this appeal lacks merit.  After a thorough review of the record 
 and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967), 
 and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss 
 [1] Nelsons appeal and grant counsels motion to be relieved.
APPEAL DISMISSED.
HEARN, C.J., CONNOR and ANDERSON, JJ., concur.

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.